

**Global IP Counselors, LLP**

1233 Twentieth Street, N.W.
Suite 600
Washington, D.C. 20036

T: +1 202.293.0444
F: +1 202.293.0445
E: maildc@giplaw.com

*Our firm's practice is limited to matters and proceedings before federal courts and agencies.*

January 10, 2020

**VIA ECF**
The Honorable Loretta A. Preska
United States District Court for the
    Southern District of New York
Room 2220
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-13-2020

Re:   **Sulzer Mixpac AG v. DXM Co. Ltd. et al., Case No. 1:19-cv-09404-LAP**

Dear Judge Preska:

We are counsel for Plaintiff Mixpac and write to propose a schedule for the parties' motions and to request that the January 13, 2020 Initial Pretrial Conference be adjourned.

(1) The Parties request that the court set the deadline for Defendants' Motion to Stay and Plaintiff's Motion to Dismiss for January 17, 2020.

(2) As discussed during the conference with the court on January 9, the Parties also request that the January 13, 2020 Initial Pretrial Conference be adjourned.

Counsel for defendants consents to Mixpac's request.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

1/13/20

Respectfully,

*/s/ Michael T. Murphy*

Michael T. Murphy
Global IP Counselors, LLP
1233 Twentieth Street NW, Suite 600
Washington, D.C. 20036
(202) 293-0585
mmurphy@giplaw.com