UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SULZER MIXPAC AG,<br><br>                    Plaintiff,<br><br>-against-<br><br>DXM CO., LTD., and DENTAZON CORPORATION,<br><br>                    Defendants. | 19 Civ. 9404 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Counsel shall confer and inform the Court by letter no later than July 16, 2020, of the status of the case.

**SO ORDERED.**

Dated:   New York, New York
         July 2, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1