UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SULZER MIXPAC AG,

                    Plaintiff,

-against-

DXM CO., LTD., and DENTAZON
CORPORATION,

                    Defendants.

No. 19 Civ. 9404 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall appear for a telephonic conference on July 28, 2020, at 10:00 a.m. EST.  The dial-in for that conference is (888) 363-4734, access code: 4645450.  The parties are directed to call in promptly at 10:00 a.m.

**SO ORDERED.**

Dated:    New York, New York
          July 24, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1