UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SULZER MIXPAC AG,

               Plaintiff,                                 19 Civ. 09404 (LAP)

-against-                                       ORDER GRANTING
                                                             PLAINTIFF'S MOTION FOR
DXM CO., LTD, and                          EXPEDITED DISCOVERY
DENTAZON CORPORATION,

               Defendants.
------------------------------------------------------------X

       The Court conferred with the parties today on July 28, 2020 with regard to Plaintiff Sulzer Mixpac AG's request for expedited discovery from Defendants limited to their compliance with the Court's Preliminary Injunction (Dkt. No. 62). Plaintiff served discovery requests on Defendants on July 21, 2020. The court having heard both sides, and having found that a shortening of the usual time to respond is justified, it is:

       ORDERED, that Defendants will respond to Plaintiff's First Set of Interrogatories, First Set of Document Requests, and First Set of Requests for Admission by August 4, 2020; and it is further

       ORDERED, that the parties will confer regarding the discovery and the case including potential settlement and provide a status to the court by August 11, 2020.

       SO ORDERED.

                                                                 */s/ Loretta A. Preska*
                                                           LORETTA A. PRESKA, U.S.D.J.
                                                           **July 29, 2020**

Date:  New York, New York
           July 28, 2020

1