```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
SULZER MIXPAC AG,                          :
                                           :
                    Plaintiff,             :
                                           :    19 Civ. 9404(LAP)
               v.                          :
                                           :         ORDER
DXM CO., LTD., and                         :
DENTAZON CORPORATION,                      :
                                           :
                    Defendants.            :
-------------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Plaintiff's letter requesting a pre-motion conference (dkt. no. 84).  Defendants shall respond no later than January 19, 2021.  Plaintiff may file any reply letter no later than January 20, 2021.

SO ORDERED.

Dated:    New York, New York
          January 14, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge