```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SULZER MIXPAC AG,                   :
                                    :
                Plaintiff,          :
                                    :   19 Civ. 9404(LAP)
          v.                        :
                                    :         ORDER
DXM CO., LTD., and                  :
DENTAZON CORPORATION,               :
                                    :
                Defendants.         :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff's request for a pre-motion conference (dkt. no. 84) is granted.  The parties shall appear for a teleconference on January 27, 2021 at 10:00 a.m. to address Plaintiff's contemplated motion for summary judgment as well as the status of the case generally.  The dial in for the conference is: (877) 402-9753, access code: 6545179.

    **SO ORDERED.**

Dated:    New York, New York
           January 21, 2021

                                      */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge