```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SULZER MIXPAC AG,                    :
                                     :
                    Plaintiff,       :
                                     :   19 Civ. 9404(LAP)
          v.                         :
                                     :        ORDER
DXM CO., LTD., and                   :
DENTAZON CORPORATION,                :
                                     :
                    Defendants.      :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

Defendants' request for a stay (dkt. no. 90) is denied.

Plaintiff's motion for summary judgment (dkt. no. 91) is marked off the calendar pending the Court's resolution of Plaintiff's motion to dismiss Defendants' counterclaims and defenses (dkt. no. 37), subject to reinstatement by letter upon resolution of the motion to dismiss.

**SO ORDERED.**

Dated:   New York, New York
         February 5, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge