```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SULZER MIXPAC AG,                    :
                                     :
                    Plaintiff,       :
                                     :     19 Civ. 9404(LAP)
          v.                         :
                                     :            ORDER
DXM CO., LTD., and                   :
DENTAZON CORPORATION,                :
                                     :
                    Defendants.      :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff shall respond by letter to Defendants' letter of February 18, 2021 (dkt. no. 97) no later than February 24, 2021.

**SO ORDERED.**

Dated:    New York, New York
          February 19, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge