UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
SULZER MIXPAC AG,                    :
                                     :
                  Plaintiff,         :
                                     :        19 Civ. 9404(LAP)
          v.                         :
                                     :             ORDER
DXM CO., LTD., and                   :
DENTAZON CORPORATION,                :
                                     :
                  Defendants.        :
-------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

     In light of Plaintiff's counsel's request that the Court

await the mandate from the Court of Appeals before considering

the preliminary injunction and Plaintiff's intention to seek

rehearing, (dkt. no. 99), Plaintiff's motion to dismiss the

counterclaims and defenses, (dkt. no. 37), is marked off the

calendar, subject to reinstatement by letter following issuance

of the mandate.

**SO ORDERED.**

Dated:    New York, New York
          February 25, 2021


                              _Loretta A. Preska_____
                              LORETTA A. PRESKA
                              Senior United States District Judge