```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Sulzer Mixpac AG,                   :
                                    :
                                    :    19 CV 9404 (LAP)
                  Plaintiff(s),     :
                                    :         ORDER
          -against-                 :
                                    :
DXM Co Ltd, et al.,                 :
                                    :
                  Defendant(s).     :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

        Counsel shall confer and inform the Court by letter no later than January 17, 2023 how they propose to proceed.

SO ORDERED.

*[signature: Loretta A. Preska]*

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: January 11, 2023
New York, New York