```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
SULZER MIXPAC AG,                        :
                                         :
                Plaintiff,               :
                                         :    19 Civ. 9404 (LAP)
        v.                               :
                                         :         ORDER
DXM CO., LTD., and                       :
DENTAZON CORPORATION,                    :
                                         :
                Defendants.              :
-----------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

After reviewing the parties' letters proposing next steps (dkt. nos. 117-18), the Court will reinstate Plaintiff's motion for summary judgment on Count I (dkt. no. 91). Counsel shall confer and inform the Court by letter of the proposed briefing schedule.

SO ORDERED.

Dated:   New York, New York
         January 26, 2023

*Loretta A. Preska* (signature)
LORETTA A. PRESKA
Senior United States District Judge