UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SULZER MIXPAC AG,

      Plaintiff,

    --against--

DXM CO., LTD., and
DENTAZON CORPORATION,

      Defendants.

-------------------------------------------------------------X

Civil Action No.
1:19-cv-09404 (LAP)

## [PROPOSED] ORDER

Before the court is Plaintiff medmix Switzerland AG's ("Mixpac") proposed Motion for a Protective Order seeking to stay antitrust discovery (Dkt. No. 155). On March 31, 2026 the Parties appeared for a conference before the court on the proposed Protective Order and the status of the Parties' settlement discussions. Mixpac's request for a Protective Order is GRANTED.

The court further rules as follows:

1. All discovery relating to Counts III and IV of Defendants' Amended Counterclaims (Dkt. 145, at ¶¶19-30) and any other counts or affirmative defenses relating to antitrust is stayed pending resolution of Mixpac's Motion to Dismiss (Dkt. No. 146).

2. All discovery relating to Pantone color references, RGB HEX color references, or other numeric color definitions or limitations is stayed.

3. The Parties will continue settlement discussions based on other proposed colors and report back to the court by April 10, 2026.

SO ORDERED.

Date:    April 1, 2026

LORETTA A. PRESKA
United States District Judge