**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**--------------------------------------------------------------X**

**SULZER MIXPAC AG,**

      **Plaintiff,**

**-against-**                                      **Case No. 1:19-cv-09404-LAP**

**DXM CO., LTD., and**
**DENTAZON CORPORATION,**

      **Defendants.**
**--------------------------------------------------------------X**

### ORDER FOR ADMISSION PRO HAC VICE OF JOSEPH ARAND

The motion of Joseph Arand for admission to practice Pro Hac Vice in the above-captioned

action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of

Illinois, and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Joseph Arand |
| Firm Name: | Spencer Fane LLP |
| Address: | 1233 Twentieth Street, NW, Suite 600 |
| City/State/Zip: | Washington, D.C. 20036 |
| Telephone: | (202) 293-0444 |
| Fax: | (202) 293-0445 |
| Email: | jarand@spencerfane.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for Plaintiff Sulzer Mixpac AG in the above entitled action;

**IT IS HEREBY ORDERED** that Joseph Arand is admitted to practice Pro Hac Vice in

the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated: June 9, 2026

_____

United States District / Magistrate Judge