UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SULZER MIXPAC AG,<br><br>Plaintiff,<br><br>-against-<br><br>DXM CO., Ltd., and<br>DENTAZON CORPORATION,<br><br>Defendants. | No. 19 Civ. 9404 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for a settlement conference on December 7, 2026 at 11:00 AM in Courtroom 12A, 500 Pearl Street, New York, New York, 10007.

By December 4, 2026 at noon, the parties shall submit ex parte settlement statements via email to Chambers, not to exceed 10 pages double-spaced, describing the history of all settlement discussions to date and the parties' current settlement posture.

**SO ORDERED.**

Dated: New York, New York
November 17, 2026

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge